[No. 37960-1-II.   Division Two.   March 2, 2010.]

HOSS MORTGAGE INVESTORS, INC., *Appellant*, v. THE SENATOR, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-13859-1, Brian M. Tollefson, J., entered July 11, 2008. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 38201-6-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALLEN ROSARIO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02672-0, Rosanne Buckner, J., entered July 24, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[No. 38519-8-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY DOUGLAS PECK, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00520-1, Gary R. Tabor, J., entered October 3, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38523-6-II.   Division Two.   March 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WILLIAM LEWIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00346-1, Dave Edwards, J., entered October 27, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ. Now published at 156 Wn. App. 230.